```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 17479
   KARRI A WARREN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
     SSN XXX-XX-8668

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/08/2008 and was not confirmed.

     The case was dismissed without confirmation 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
DEUTSCHE BANK            CURRENT MORTG         .00            .00           .00
DEUTSCHE BANK            MORTGAGE ARRE         .00            .00           .00
NATIONAL CITY BANK       NOTICE ONLY      NOT FILED           .00           .00
WACHOVIA DEALER SERVICES SECURED VEHIC   10000.00             .00        809.60
WACHOVIA DEALER SERVICES SPECIAL CLASS    5130.72             .00           .00
TCF NATIONAL BANK        UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT         UNSECURED         1168.87            .00           .00
RICHARD M MARSHALL       UNSECURED       NOT FILED            .00           .00
NEXTEL                   UNSECURED       NOT FILED            .00           .00
ADVOCATE CHRIST MEDICAL  UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT         UNSECURED          125.76            .00           .00
MIDAMERICA CARDIOVASCULA UNSECURED       NOT FILED            .00           .00
NORTHWEST DESIGNS OF IL  UNSECURED       NOT FILED            .00           .00
SST                      UNSECURED       NOT FILED            .00           .00
TARGET NATIONAL BANK     UNSECURED          514.76            .00           .00
ROUNDUP FUNDING LLC      UNSECURED          807.90            .00           .00
DOLLY AUGUSTIN           NOTICE ONLY     NOT FILED            .00           .00
DANIEL J WINTER          DEBTOR ATTY       2,353.00                         .00
TOM VAUGHN               TRUSTEE                                          70.40
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    880.00

PRIORITY                                              .00
SECURED                                            809.60
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                70.40
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                     880.00                  880.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 17479 KARRI A WARREN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 01/27/09                          /s/ Tom Vaughn
                                                  _____
                                                  TOM VAUGHN
                                                  CHAPTER 13 TRUSTEE